UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21803-CIV-ALTONAGA/Brown

ANA MARIA COHEN,

       Plaintiff,
vs.

MICHAEL J. ASTRUE,

       Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT

**THIS CAUSE** came before the Court upon Magistrate Judge Stephen T. Brown's Report and Recommendation ("Report") [D.E. 18], entered on March 3, 2009. On June 24, 2008, Plaintiff, Ana Maria Cohen ("Cohen"), filed a Complaint for judicial review of a final decision of the Commissioner of Social Security under Title II, 42 U.S.C. § 405(g), and Title XVI, 42 U.S.C. § 1383(c)(3), of the Social Security Act ("Complaint") [D.E. 1]. The case was referred to Magistrate Judge Robert Dubé pursuant to 28 U.S.C. § 636(b)(1), the Magistrate Rules of the Local Rules of the Southern District of Florida, and Administrative Order Numbers 2003-111 and 2003-113 for a report and recommendation on any dispositive matters [D.E. 4]. Cohen filed a Motion for Summary Judgment [D.E. 13] on October 31, 2008, and, in response, Defendant, Michael J. Astrue, the Commissioner of Social Security ("Defendant"), filed a Motion for Summary Judgment [D.E. 16] on December 1, 2008. On December 9, 2008, the case was reassigned to Magistrate Judge Brown pursuant to Administrative Order 2008-44 [D.E. 17].

In his Report, Judge Brown recommends Cohen's Motion for Summary Judgment be granted, Defendant's Motion for Summary Judgment be denied, and that this case be reversed and remanded

CASE NO. 08-21803-CIV-ALTONAGA/Brown

to the Commissioner of Social Security for further proceedings. Specifically, Judge Brown finds the Administrative Law Judge ("ALJ") "failed to discuss what weight, if any, [] was giv[en] to the opinion of Plaintiff's treating physician, Dr. Oviedo of QualMed . . . ." *(Report* at 13). Defendant has not filed any objections to Judge Brown's Report and the time for filing objections has passed.[1]

The Court has carefully reviewed Judge Brown's Report, the file, and the applicable law. Upon a *de novo* review of the record, the undersigned is in full agreement with the analysis and recommendations stated in Judge Brown's Report. The Eleventh Circuit has held the opinion

> of a treating physician must ordinarily be given substantial or considerable weight unless good cause is shown to the contrary. The [ALJ] must specify what weight is given to a treating physician's opinion and any reason for giving it no weight, and failure to do so is reversible error.

*MacGregor v. Bowen*, 786 F.2d 1050, 1053 (11th Cir. 1986) (internal citations omitted). Because the ALJ never referenced Dr. Oviedo's report, it "impossible for this Court 'to determine whether the ALJ applied the proper legal standard and gave the treating physician's evidence substantial or considerable weight or found good cause not to do so.'" *(Report* at 14) (citing *Wiggins v. Schweiker*, 679 F.2d 1387, 1390 (11th Cir. 1982)). Accordingly, it is

**ORDERED AND ADJUDGED** that Judge Brown's Report **[D.E. 18]** is **AFFIRMED AND ADOPTED** in total as follows:

1. Cohen's Motion for Summary Judgment **[D.E. 13]** is **GRANTED**.

2. Defendant's Motion for Summary Judgment **[D.E. 16]** is **DENIED**.

3. This case is **REVERSED** and **REMANDED** for further proceedings as discussed herein

---

[1] "Failure to object to the magistrate's factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

CASE NO. 08-21803-CIV-ALTONAGA/Brown

and in Judge Brown's Report.

    4. The Clerk of Court is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of March, 2009.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge Stephen T. Brown
       All counsel of record